NUMBER 13-00-019-CV 

COURT OF APPEALS 

THIRTEENTH DISTRICT OF TEXAS 

CORPUS CHRISTI 

___________________________________________________________________ 


CHARLES A. KAUFMANN , Appellant, 



v. 



J. V. DORNAK , Appellee. 

___________________________________________________________________ 


On appeal from the 329th District Court 

of Wharton County, Texas. 

___________________________________________________________________ 



O P I N I O N 

Before Justices Hinojosa, Yañez, and Chavez 

Opinion Per Curiam 



Appellant, CHARLES A. KAUFMANN , perfected an appeal from a judgment entered by the 329th District Court of
Wharton County, Texas, in cause number 34,638-S . The clerk's record was received on January 3, 2000 . Pursuant to Tex.
Gov't Code 51.207(b)(1) and 51.941(a)(1), a filing fee in the amount of $125.00 is due upon the filing of an appeal. To
date, appellant has failed to pay the filing fee. On February 18, 2000 , pursuant to Tex. R. App. P. 42.3(c), notice was given
to appellant that he was delinquent in remitting this filing fee and that, unless the filing fee was paid within ten days from
the date of receipt of this Court's notice, this appeal would be dismissed. To date, appellant has failed to respond to this
Court's notice. 

The Court, having considered the documents on file and appellant's failure to comply with the rules, is of the opinion that
the appeal should be dismissed. The appeal is hereby DISMISSED. 

PER CURIAM 

Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 31st day of March, 2000